Form G-4

# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) _____Black Dog Chicago, LLC_____ Case No. ___19-28245___ Chapter __11__

All Cases: Moving Creditor _____Parent Petroleum, Inc._____ Date Case Filed __October 4, 2019__

Nature of Relief Sought: ☑ Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
           ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☐ Home
   b. ☐ Car   Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date   $ _____4,494,655.23_____
   Total of all other Liens against Collateral $_____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)   $ _____

5. Default
   a. ☑ Pre-Petition Default
      Number of months __38__         Amount $ _____4,494,655.23_____

   b. ☐ Post-Petition Default
      i. ☐ On direct payments to the moving creditor
         Number of months _____     Amount $ _____

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____     Amount $ _____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid        Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv.  ☐ Other (describe) _____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☑ Other "Cause" § 362(d)(1)
      i.   ☑ Bad Faith (describe) Debtor has no assets, no employees, no operations to reorganize
      ii.  ☐ Multiple Filings
      iii. ☑ Other (describe) _____Substantially complete state court proceedings_____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: _____January 3, 2020_____          _____Devvrat Sinha_____
                                                 Counsel for Movant

(Rev. 12 /21/09)