## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 19-28245 |
| | ) | |
| Black Dog Chicago, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |
| | ) | |

## SCHEDULING ORDER

This matter coming before the Court on the Trustee's Motion to Convert Case to Chapter 7 (Docket No. 374),

IT IS HEREBY ORDERED THAT:

1. Responses are due to be filed on or before May 12, 2021.
2. Replies are due to be filed on or before May 26, 2021.
3. This matter is set for status on June 9, 2021 at 1:30 P.M. via Zoom for Government.

DATED: March 31, 2021

ENTER:

_____
Honorable Janet S. Baer
United States Bankruptcy Judge