# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 19-28245 |
| | ) | |
| Black Dog Chicago, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |
| | ) | |

## SCHEDULING ORDER

This matter coming before the Court on the Final Fee Application of the Firm of Crane, Simon, Clar & Goodman (Docket No. 360),

IT IS HEREBY ORDERED THAT:

1. Objections are due to be filed on or before June 15, 2021.
2. This matter is set for status on June 23, 2021 at 1:30 P.M. via Zoom for Government.

DATED: May 19, 2021

ENTER:

_Janet S. Baer_

Honorable Janet S. Baer
United States Bankruptcy Judge