# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 19-28245 |
| | ) | |
| Black Dog Chicago, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |
| | ) | |

## SCHEDULING ORDER

This matter coming before the Court on the Chapter 7 Trustee's Motion to Sell LLC Membership Interests Free and Clear of Liens, Claims, and Encumbrances and Shorten Notice (Docket No. 450),

IT IS HEREBY ORDERED THAT:

1. Objections are due to be filed on or before October 15, 2021.
2. Responses are due to be filed on or before October 22, 2021.
3. Replies are due to be filed on or before October 29, 2021.
4. This matter is set for status on November 9, 2021 at 2:00 P.M. via Zoom for Government.

DATED: September 29, 2021

ENTER:

_____
Honorable Janet S. Baer
United States Bankruptcy Judge